THOMPSON, appellant, v. FARGO.

*Evidence—army discharge presumptive evidence of existence of person therein named.*

T. collected money for two persons supposed to be in the United States service, and delivered it to an express company directed to them, but the company was unable to find them. *Held,* that the fact that discharges from the army were issued in the names of such persons was evidence that they were not fictitious persons, notwithstanding their names did not appear in the muster-rolls of the company named in such discharge, and that they were entitled to the money as against T., and the company was not liable to T. therefor.

APPEAL from a judgment in favor of defendant entered upon the report of a referee. The action was brought by George S. Thompson against James C. Fargo, treasurer of the American Express Company, to recover the value of a package of money. The money in question was the proceeds of back pay collected by plaintiff for two persons as soldiers in the United States service, and forwarded by defendant to such persons at their supposed address. The consignees were never found, and plaintiff sought to obtain the money again. The case was tried before a referee, who found in favor of plaintiff; the general term affirmed the decision and judgment, and the court of appeals reversed the same and ordered a new trial.

The former decisions in the case are reported in 58 Barb. 575; 44 How. 176, and 49 N. Y. 188. The second trial resulted in favor of the defendant.

*Edward Van Ness,* for appellant.

*Beardslee & Cole,* for respondent.

DANIELS, J.

The head-note states the only points of any importance passed upon in the opinion, which held that no material change in the facts from the former trial was manifest.

*Judgment affirmed.*